■ GERARD SAVAGE, as Chairperson of Hunter College Allocations Association and as President of Hunter College School of General Studies Student Government, et al., Appellants, v JOSEPH MURPHY et al., Respondents. — Appeal from order and judgment (one paper), Supreme Court, New York County (Stanley Sklar, J.), entered on December 1, 1982, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Sullivan, Silverman, Fein and Kassal, JJ.